FILED ___ LODGED ___
RECEIVED ___ COPY ___
MAR 2 7 2001
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ Z DEPUTY

FILED ___ LODGED ___
RECEIVED ___ COPY ___
MAR 2 8 2001
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Arreola Escobar, et al.<br><br>Plaintiff,<br><br>v.<br><br>Pride of San Juan, Inc.<br><br>Defendant. | Case No. 00-0418-PHX-ROS<br><br>**ORDER TO EXTEND TIME** |

Pursuant to the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED:

(1) The disclosure, by Plaintiffs, of the identities of persons who may be used at trial as expert witnesses to be completed by May 9, 2001. The disclosure, by Defendant, of identities of persons who may be used at trial as expert witnesses to be completed June 11, 2001.

(2) All discovery, including Answers to Interrogatories, production of documents, depositions, and Requests to Admit must be completed by August 27, 2001.

(3) Supplemental discovery, including material changes in expert witness opinions and disclosures, pursuant to Fed. R. Civ. P. 26(a)(3), of all exhibits to be used and

PHOENIX:6515.2 036219.1003

...

1. all witnesses to be called at trial to be completed by October 8, 2001.

(4) All dispositive motions shall be filed no later than October 29, 2001.

(5) A joint letter to the Court concerning the status of settlement discussions (containing no specific settlement terms or offers) and the progress of discovery shall be submitted by July 6, 2001 and labeled "FIRST NOTICE OF DISCOVERY AND SETTLEMENT," and then every FOUR (4) months thereafter.

(6) A Joint Proposed Pretrial Order shall be lodged on November 3, 2001. Or if dispositive motions have been filed, the Pretrial Order shall be due either on the above date or 30 days following resolution of the motions, whichever is later.

DATED this 28th day of March, 2001.

_____
Honorable Roslyn O. Silver
United States District Judge