UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Arreola-Escobar, et al., | Case No. CIV 00-0418 PHX ROS |
| Plaintiffs, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| Pride of San Juan, Inc., | |
| Defendant. | |

Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that this matter is DISMISSED in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 31st day of December 2001.

Roslyn O. Silver
United States District Judge

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Phoenix Corporate Center
3003 North Central Avenue
Suite 1200
Phoenix, AZ 85012-2907
602.604.2143

PHOENIX:13786.1 036219.1003

ORDER DISMISSING CASE WITH PREJUDICE